**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| TAMMY L. ASHBRIDGE | CASE No. 19-15646 ELF |

**CERTIFICATE OF SERVICE OF BHCU, F/K/A
BOEING HELICOPTERS CREDIT UNION'S MOTION FOR RELIEF
FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(d)**

       I, Elliot H. Berton, Esquire, certify that, on October 11, 2019, I transmitted a copy of **BHCU, f/k/a Boeing Helicopters Credit Union's Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d),** by electronic transmission or first-class mail, postage prepaid to:

William C. Miller, Esquire
Chapter 13 Trustee
111 South Independence Mall East, Suite 583
Philadelphia, PA 19106

Office of the United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street, Suite 502
Philadelphia, PA 19107

Tammy Ashbridge
115 Willows Avenue
Norwood, PA 19074

                              STEVEN L. SUGARMAN & ASSOCIATES

Date: October 11, 2019           By: /s/ Elliot H. Berton, Esquire
                                           Steven L. Sugarman, Esquire
                                           Elliot H. Berton, Esquire
                                           Attorneys for BHCU, f/k/a
                                           Boeing Helicopters Credit Union