UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| TAMMY L. ASHBRIDGE | : | CASE No. 19-15646 ELF |

\* \* \* \* \* \* \*

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

BHCU, f/k/a Boeing Helicopters Credit Union has filed a Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d), concerning 115 Willows Avenue, Norwood, Pennsylvania 19074.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

1. If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views on the Motion, then on or before **15 days** of the date of this notice, you or your attorney must do <u>all</u> of the following:

    (a) file an Answer explaining your position at

    Robert N.C. Nix Building
    900 Market Street, Suite 400
    Philadelphia, PA 19107-4299

    If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the Movant's attorney

    Elliot H. Berton, Esquire
    Steven L. Sugarman & Associates
    1273 Lancaster Avenue
    Berwyn, Pa 19312
    (610) 889-0700 (FAX) 993-0498

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Eric L. Frank, Bankruptcy Judge, on **November 5, 2019** at **9:30 A.M.**, United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Philadelphia PA in Courtroom No. 1. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find our whether the hearing has been canceled because no one filed an answer.

Date: <u>October 11, 2019</u>