**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | : |
| Tammy L. Ashbridge | :  Chapter 13 |
| : | Case No.: 19-15646-ELF |
| Debtor(s) | : |

___

# O R D E R

**AND NOW**, upon consideration of the Application for Supplemental Compensation ("the Application") filed by the Debtor(s)' counsel, it is hereby **ORDERED** that the Application is **DENIED**. See In re Sherman, 2022 WL 626940 (Bankr. E.D. Pa. Mar. 3, 2022).

**Dated: March 7, 2022**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**